# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | | |
|---|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | ) ) ) | C/A No.:2:09-1302-DCN |
| Plaintiff, | ) ) | **ORDER** |
| -vs- | ) ) | |
| JENNIFER LYNN EDEN; JENNIFER LYNN EDEN ILIT; ENTSMINGER HOLIDINGS, LLC; and KIM COOK, | ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court upon Motion to Allow Interpleader of Funds by plaintiff American General Life Insurance Company. This motion was filed on May 18, 2009.

It appears from the record that there has been nothing filed in opposition to this motion.

**It is therefore ordered,** that Motion to Allow Interpleader of Funds by plaintiff American General Life Insurance Company is hereby **GRANTED**.

**AND IT IS SO ORDERED.**

February 25, 2010  
Charleston, South Carolina

David C. Norton  
United States District Judge